MSSB-LR-3015-1 (12/17)

**Fill in this information to identify your case:**

Debtor 1 __Dennis Mcclain, Sr__
Full Name (First, Middle, Last)

Debtor 2 _____
(Spouse, if filing) Full Name (First, Middle, Last)

United States Bankruptcy Court for the __Southern__ District of __Mississippi__

Case number __23-02687__

☐ Check if this is an amended notice.

## Notice of Filing Chapter 13 Plan and Motions for Valuation and Lien Avoidance

The above-named Debtor(s) has filed a *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above-referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at __Thad Cochran US Courthouse, 501 E. Court St., Ste. 2.300, Jackson, MS 39201__ on or before ___1/2/24___. Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s).

Objections to confirmation will be heard and confirmation determined on ___1/8/24___ at __10:00 am__ in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 E. Court Street, Jackson, MS 39201 unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

X _/s/ signature_
Signature of Attorney for Debtor(s)

Dated: 11/27/2023
MM / DD / YYYY

POB 10173
Address Line 1

_____
Address Line 2

Jackson, MS 39286
City, State, and Zip Code

601-969-6960          99858
Telephone Number     MS Bar Number

bdguylaw@yahoo.com
Email Address

Page 1 of 1