**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:
Dennis McClain, Sr., Debtor                                CHAPTER 13
                                                           CASE NO.: 23-02687-JAW

**CERTIFICATE OF SERVICE**

    I, BRYANT D. GUY, Attorney for the above listed Debtor, do hereby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

U.S. Trustee
ustpregion05.ab.ecf@usdoj.gov

Hon. Harold J. Barkley, Jr., Trustee
HJB@HBarkley13.com

    I certify that I this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. Mail, postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

    I further certify that I this day served a true and correct copy of the attached Notice and Chapter 13 Plan, by U.S. Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

DATED: November 27, 2023.

/s/Bryant D. Guy
Bryant D. Guy MSB#99858
POB 10173
Jackson, MS 39286
601-969-6960
bdguylaw@yahoo.com