```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Belk/Sync Bank
0538-3                                   Thad Cochran U.S. Courthouse             P. O. Box 530940
Case 23-02687-JAW                        501 E. Court Street                      Atlanta, GA 30353-0940
Southern District of Mississippi         Suite 2.300
Jackson-3 Divisional Office              Jackson, MS 39201-5036
Mon Nov 20 09:51:29 CST 2023

Capital One Auto Fin                     Capitol One                              Capitol One Platinum
P. O. Box 60511                          Qick Silver                              P. O. Box 60519
City of Industry, CA 91716-0511          P. O. Box 30279                          City of Indus, CA 91716-0519
                                         Salt Lake City, UT 84130-0279


Capitol One Venture                      Capitol One Wal-Mart                     Comenity/Big Lots
P. O. Box 30219                          P. O. Box 60519                          P. O. Box 183003
Salt Lake City, UT 84130-0279            City of Indus, CA 91716-0519             Columbus, OH 43218-3003



NewRez                                   PHH Mortgage Services                    United States Trustee
1100 Virginia Drive                      POB 24738                                501 East Court Street
Suite 125                                West Palm Beach, FL 33416-4738           Suite 6-430
Fort Washington, PA 19034-3235                                                    Jackson, MS 39201-5022



Bryant D. Guy                            Dennis McClain Sr.                       Harold J. Barkley Jr.
Bryant D. Guy, Atty at Law, PLLC         738 Primos Ave                           P.O. Box 4476
PO Box 10173                             Jackson, MS 39209-6133                   Jackson, MS 39296-4476
310 Edgewood Terrace Dr
Ste B
Jackson, MS 39206-6223
```

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14